UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NOEL ARMSTRONG, II, et al., | : | Civil Action No. 09-716 (AET) |
| Plaintiffs, | : | |
| v. | : | AMENDED SCHEDULING ORDER |
| DETECTIVE SERGEANT VICTOR J. SHERMAN, et al., | : | |
| Defendants. | : | |

This matter having come before the Court for a Status Conference on December 1, 2009, pursuant FED. R. CIV. P. 16; and the Court having conferred with counsel regarding the timely completion of discovery; and good cause appearing for the entry of the within Order;

IT IS on this 3rd day of December 2009,

ORDERED THAT:

1. Fact discovery in this matter will conclude on March 31, 2010.

2. Counsel must confer in a good faith attempt to resolve any discovery or case management disputes. Any unresolved discovery or case management disputes must be brought to the Magistrate Judge's attention immediately by letter to the undersigned and/or conference call with local counsel. L. CIV. R. 37.1(a)(1).

3. Not later than April 30, 2010, Plaintiffs shall serve copies of all expert reports.

4. Not later than June 15, 2010, Defendants shall serve copies of all expert reports.

5. No expert shall testify at the time of trial as to any opinions, nor base those opinions on facts, not substantially disclosed in their written report.

6. A Status Conference will be held, by telephone, on April 12, 2010 at 10:00 A.M. Plaintiffs' Counsel will initiate the call.


7. If appropriate, a date for a Settlement Conference will be set during the Status Conference.

8. There will be no extensions of the deadlines set forth in this order, except by leave of the Court

9 Counsel are invited to use the *George H. Barlow* Attorney Conference Room located on the third floor of the Courthouse Annex. The room is equipped with telephones, laptop access/printer, copier, and *fax*.

                *s/ Douglas E. Arpert*
                DOUGLAS E. ARPERT
                United States Magistrate Judge

**ALL PROPOSED ORDERS SENT TO CHAMBERS SHOULD BE IN WORDPERFECT FORMAT AND E-MAILED TO: dea_orders@njd.uscourts.gov. ANY FILINGS WITH THE CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**